## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FIRSTMERIT BANK, N.A., as assignee of the FDIC, receiver for Midwest Bank & Trust Company,<br><br>        Plaintiff,<br><br>v.<br><br>MICRO MEDICS COMPUTER AND PRINT SERVICE INC., MATTHEW J. SHEASBY, and REBEKAH SHEASBY,<br><br>        Defendants. | No. 14-cv-2396 |

### VERIFICATION

I verify under penalty of perjury that the Complaint filed in the above-captioned action is true and correct.

FIRSTMERIT BANK, N.A.

By _____
Lucian Lupascu, Vice President

Executed on 7/8, 2014